# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS SHICHIRO SATO AND SONIA JEAN SATO, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL., )<br><br>Defendants. )<br>_____ ) | CIV. NO. 18-00166 JMS-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 11, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE," ECF No. 10, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 5, 2018.



  /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge